**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | No. 24-cv-1127 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Tharp, Jr. |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**<u>JOINT INITIAL STATUS REPORT</u>**

Pursuant to the Court's order entered February 14, 2024, Dkt.7, the parties file the following Joint Status Report:

1. **Nature of the Case.**

    a. Attorneys of record, including lead trial lawyer

    For the Plaintiff:    Patrick W. Morrissey
                                  Thomas Morrissey (lead trial lawyer)
                                  Thomas G. Morrissey, Ltd.
                                  10257 S. Western Ave.
                                  Chicago, Il. 60643
                                  (773) 233-7901

    For the Defendants:    Jason E. DeVore     (lead trial counsel)
                                  Troy S. Radunsky (trial bar member)
                                  Zachary G. Stillman (general bar member)
                                  DeVore Radunsky, LLC
                                  230 W. Monroe Suite 230
                                  Chicago, Illinois  60606
                                  (312) 300-4479

#380374v1

    b. Nature of the claims

    Plaintiff, a detainee at Cook County Jail, alleges his rights under the Americans with Disabilities Act and Rehabilitation Act were violated because he was required to roll up and down non-compliant ramps.

    c. Major legal and factual issues

    The major legal and factual issues include whether the ramps comply with the federal structural standards and whether plaintiff meets the requirements of Rule 23 for this case to be certified.

    d. Relief sought by any of the parties

    Plaintiff requests that the Court certify this case under Rule 23 of the Federal Rules of Civil Procedure, that appropriate injunctive and compensatory damages are granted for the class, that plaintiff is awarded appropriate compensatory damages, and that the cost of this action, including fees and costs, be taxed against defendants.

2. **Jurisdiction**

This is a civil action arising under Section 202 of the Americans with Disabilities Act, 42 U.S.C. §12131-32, Section 504 of the Rehabilitation Act, and 29 U.S.C. §794. The jurisdiction of this Court is conferred by 28 U.S.C. § 1331.

3. **Status of Service**

All parties have been served

4. **Consent to Proceed Before a United States Magistrate Judge:** Counsel has advised the parties that they may proceed before a Magistrate Judge. The parties do not unanimously consent to proceed before a Magistrate Judge.

5. **Motions:**

    a. Pending motions

       Defendants filed a motion to dismiss on March 7, 2024. Dkt. 11. Plaintiff requests April 10, 2024, to respond to this motion. Defendants request May 3, 2024, for a reply.

    b. How defendants anticipate responding to the complaint

       Defendants filed a motion to dismiss the entire complaint.

6. Status of Settlement Discussions:

    a. Whether settlement discussions have occurred;

       The parties have not engaged in settlement discussions.

    b. Status the status of any settlement discussion; and

       The parties have not engaged in settlement discussions.

    c. Whether the parties request a settlement conference

       Plaintiff is agreeable to a settlement conference.

7. Proposed Case Management Schedule

The parties suggest the following schedule:

    a. Plaintiff to serve Rule 26(a)(1) disclosures by April 30, 2024;
    b. Parties issue written discovery by May 10, 2024;
    c. Fact discovery completion date: October 31, 2024.

               Respectfully submitted,
               /s/ Patrick Morrissey
               ARDC No. 6309730
               Thomas G. Morrissey, Ltd.
               10257 S. Western Ave.
               Chicago, IL 60643
               (773) 233-7901
               pwm@morrisseylawchicago.com

               /s/Troy S. Radunsky
               Jason E. DeVore (ARDC #62422782)

#380374v1

                                          Troy S. Radunsky (ARDC #6269281)
                                          DeVore Radunsky, LLC
                                          230 W. Monroe Suite 230
                                          Chicago, Illinois
                                          312-300-4479
                                          tradunsky@devoreradunsky.com
                                          jdevore@devoreradunsky.com

#380374v1