# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                Plaintiff,

v.                                          Case No.: 1:24–cv–01127
                                                        Honorable John J. Tharp Jr.

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the parties' joint status report [12], the Court adopts the parties' proposed case management schedule. This matter is referred to the assigned magistrate judge for all further discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. All protective orders and confidentiality orders are included within this referral. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.