# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                Plaintiff,

v.

Thomas Dart, et al.

                Defendant.

Case No.: 1:24–cv–01127
Honorable John J. Tharp Jr.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: all further discovery scheduling and supervision as well as any settlement conference.(air, )Mailed notice.

Dated: March 20, 2024

/s/ John J. Tharp Jr.

United States District Judge