# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                    Plaintiff,

v.                                             Case No.: 1:24–cv–01127

                                                          Honorable John J. Tharp Jr.

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert for the purposes of further discovery scheduling and supervision as well as any settlement conference the parties may jointly seek. The parties shall file an updated joint status report by 6/24/24 confirming that both sides have responded to written discovery and that responsive documents have been produced or that document production will be completed by a date certain, and the report should state whether the parties are discussing or need to discuss any discovery disputes pursuant to Local Rule 37.2. The report also should include the names of fact witnesses that either side then intends to depose and any proposed or confirmed deposition dates the parties have calendared, or state why the parties cannot yet do so. The parties' status report should include whether settlement is a realistic possibility and, if so, next steps in that regard. If either side intends to make Rule 26(a)(2) disclosures, the report also should propose a schedule for such disclosures. If the parties believe a discovery status hearing is necessary either before or when they file their next status report, they should email the Court';s courtroom deputy with that request. A telephone status hearing is set for 6/27/24 at 9:45 a.m. The call–in number is 650–479–3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.