Bed Assignment Associated View

| Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|
| Active | William Mathis | DIV2-D2-O-38 | 2/29/2024 2:00 … | |
| Inactive | William Mathis | DIV08-3B-D1-20 | 2/22/2024 4:30 … | 2/29/2024 1:00 … |
| Inactive | William Mathis | DIV2-D2-M-36 | 2/18/2024 4:00 … | 2/22/2024 4:30 … |
| Inactive | William Mathis | DIV08-3H-D6-22 | 12/10/2023 4:3… | 2/18/2024 4:00 … |
| Inactive | William Mathis | DIV6-2A-6-1 | 11/6/2023 11:0… | 12/10/2023 4:0… |
| Inactive | William Mathis | DIV08-4B-D1-2_X | 11/1/2023 2:30 … | 11/6/2023 8:00 … |
| Inactive | William Mathis | DIV8-3W-3221-2 | 10/30/2023 5:0… | 11/1/2023 2:30 … |
| Inactive | William Mathis | DIV5-1H-17-1 | 9/23/2023 8:00 … | 10/30/2023 5:0… |
| Inactive | William Mathis | DIV2-D3-EE-16 | 6/13/2023 4:00 … | 9/23/2023 8:00 … |
| Inactive | William Mathis | DIV2-D3-BB-16 | 6/9/2023 6:30 A… | 6/13/2023 3:30 … |
| Inactive | William Mathis | DIV2-D3-BB-7 | 4/20/2023 1:00 … | 6/9/2023 6:30 A… |
| Inactive | William Mathis | DIV5-2C-20-1 | 4/12/2023 5:30 … | 4/20/2023 1:00 … |
| Inactive | William Mathis | DIV08-4C-D2-28 | 4/8/2023 2:00 A… | 4/12/2023 5:00 … |
| Inactive | William Mathis | DIV 15-EM-ELECTR… | 11/3/2022 8:30 … | 11/14/2022 8:3… |
| Inactive | William Mathis | DIV08-5G-D5-37 | 10/24/2022 6:3… | 11/3/2022 7:00 … |
| Inactive | William Mathis | DIV 15-EM-ELECTR… | 8/13/2022 9:30 … | 10/24/2022 3:3… |
| Inactive | William Mathis | DIV08-5G-D5-12 | 8/9/2022 8:30 PM | 8/13/2022 6:30 … |
| Inactive | William Mathis | DIV 15-EM-ELECTR… | 4/3/2020 12:20 … | 7/21/2021 5:00 … |
| Inactive | William Mathis | DIV08-3B-D1-12 | 10/22/2019 11:… | 4/2/2020 6:30 PM |
| Inactive | William Mathis | DIV08-2G-D3-35 | 6/20/2017 11:0… | 6/23/2017 5:00 … |
| Inactive | William Mathis | DIV2-D4-LL-10 | 10/13/2016 9:3… | 10/14/2016 4:0… |
| Inactive | William Mathis | DIV2-D1-F-21 | 10/13/2016 12:… | 10/13/2016 9:3… |

Exhibit 1 Page 1