Movement History Associated View

| Inmate | Booking | Movement Date | From | To | Movement Reason | Movement Status |
|---|---|---|---|---|---|---|
| William Mathis | 20230407079 | 3/25/2024 7:02 PM | DOCD8RCDCHOLD2 | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 3/25/2024 4:20 PM | In-Transit | DOCD8RCDCHOLD2 | RCDC Holding | Pending |
| William Mathis | 20230407079 | 3/25/2024 4:25 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 3/22/2024 2:48 PM | In-Cell | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 3/22/2024 1:45 PM | In-Cell | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 3/22/2024 11:09 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 3/22/2024 5:07 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 3/18/2024 1:05 PM | In-Cell | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 2/23/2024 4:37 PM | In-Transit | In-Cell | Additional Phone Ti… | Pending |
| William Mathis | 20230407079 | 2/23/2024 5:20 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 2/23/2024 5:20 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 2/23/2024 5:19 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 2/7/2024 1:56 PM | DOCD8RCDCHOLD2 | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 2/7/2024 11:51 AM | MARKLOCKUP1 | DOCD8RCDCHOLD2 | Court Return | Pending |
| William Mathis | 20230407079 | 2/7/2024 9:48 AM | DOCD8RCDCHOLD2 | MARKLOCKUP1 | Court Appearance | Pending |
| William Mathis | 20230407079 | 2/7/2024 7:37 AM | In-Transit | DOCD8RCDCHOLD2 | Court Appearance | Pending |
| William Mathis | 20230407079 | 2/7/2024 5:30 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 1/24/2024 11:38 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 1/24/2024 11:05 AM | In-Cell | In-Transit | Visitation | Pending |
| William Mathis | 20230407079 | 1/11/2024 9:00 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 1/11/2024 8:28 AM | In-Cell | In-Transit | Dispensary | Pending |
| William Mathis | 20230407079 | 1/11/2024 7:56 AM | In-Cell | In-Transit | Cermak | Pending |
| William Mathis | 20230407079 | 1/8/2024 6:40 PM | DOCD8RCDCHOLD2 | In-Cell | Additional Phone Ti… | Pending |
| William Mathis | 20230407079 | 1/8/2024 5:25 PM | In-Transit | DOCD8RCDCHOLD2 | RCDC Holding | Pending |
| William Mathis | 20230407079 | 1/8/2024 5:33 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 12/29/2023 10:06 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 12/29/2023 5:48 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 12/10/2023 5:00 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 12/10/2023 12:21 PM | In-Cell | In-Transit | Cermak | Pending |
| William Mathis | 20230407079 | 12/4/2023 2:02 PM | DOCCMKCLINICS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 12/4/2023 1:21 PM | In-Transit | DOCCMKCLINICS | Cermak | Pending |
| William Mathis | 20230407079 | 12/4/2023 7:54 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 12/1/2023 5:19 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 12/1/2023 10:35 AM | In-Cell | In-Transit | Cermak | Pending |

Exhibit 3 Page 1

| | | | | | | |
|---|---|---|---|---|---|---|
| William Mathis | 20230407079 | 11/30/2023 5:37 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 11/30/2023 4:35 PM | In-Cell | In-Transit | Commissary | Pending |
| William Mathis | 20230407079 | 11/29/2023 2:47 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 11/29/2023 8:38 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 11/13/2023 12:21 PM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 11/13/2023 8:49 AM | In-Transit | DOCD4GYMCOURTS | Additional Phone Ti… | Pending |
| William Mathis | 20230407079 | 11/13/2023 6:33 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 11/1/2023 12:57 PM | DOCCMKCLINICS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 11/1/2023 12:18 PM | In-Transit | DOCCMKCLINICS | Cermak | Pending |
| William Mathis | 20230407079 | 11/1/2023 5:40 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 10/30/2023 2:30 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/30/2023 10:30 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 10/29/2023 11:15 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/29/2023 10:41 AM | In-Cell | In-Transit | Visitation | Pending |
| William Mathis | 20230407079 | 10/25/2023 6:00 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/25/2023 5:30 AM | In-Cell | In-Transit | Visitation | Pending |
| William Mathis | 20230407079 | 10/24/2023 9:11 PM | In-Cell | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/16/2023 10:18 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/16/2023 9:30 AM | In-Cell | In-Transit | Dispensary | Pending |
| William Mathis | 20230407079 | 10/4/2023 12:13 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/4/2023 11:06 AM | DOCCMKCLINICS | In-Transit | Cermak | Pending |
| William Mathis | 20230407079 | 10/4/2023 10:49 AM | In-Transit | DOCCMKCLINICS | Cermak | Pending |
| William Mathis | 20230407079 | 10/4/2023 4:43 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20230407079 | 10/3/2023 1:02 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 10/3/2023 9:27 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 9/5/2023 3:36 PM | In-Cell | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 9/5/2023 1:21 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 9/5/2023 7:48 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 8/28/2023 12:22 PM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 8/28/2023 8:22 AM | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| William Mathis | 20230407079 | 8/28/2023 8:00 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 8/21/2023 10:30 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 8/21/2023 8:45 AM | In-Transit | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 8/21/2023 8:21 AM | In-Cell | In-Transit | Additional Phone Ti… | Pending |
| William Mathis | 20230407079 | 8/7/2023 5:21 PM | In-Transit | In-Cell | In Cell | Pending |

Exhibit 3 Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| William Mathis | 20230407079 | 8/7/2023 11:34 AM | In-Cell | In-Transit | Fantus | Pending |
| William Mathis | 20230407079 | 7/10/2023 10:28 AM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 7/10/2023 8:17 AM | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| William Mathis | 20230407079 | 7/10/2023 7:53 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 7/5/2023 1:08 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 7/5/2023 10:32 AM | In-Cell | In-Transit | Dental | Pending |
| William Mathis | 20230407079 | 6/8/2023 10:22 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 6/8/2023 8:57 AM | In-Cell | In-Transit | Dispensary | Pending |
| William Mathis | 20230407079 | 6/7/2023 2:37 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 6/7/2023 12:36 PM | DOCCMKCLINICS | In-Transit | Cermak | Pending |
| William Mathis | 20230407079 | 6/7/2023 12:31 PM | In-Transit | DOCCMKCLINICS | Cermak | Pending |
| William Mathis | 20230407079 | 6/7/2023 11:59 AM | In-Cell | In-Transit | Cermak | Pending |
| William Mathis | 20230407079 | 6/7/2023 10:01 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 6/7/2023 8:29 AM | In-Cell | In-Transit | Dispensary | Pending |
| William Mathis | 20230407079 | 6/6/2023 12:07 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 6/6/2023 11:54 AM | In-Cell | In-Transit | Dispensary | Pending |
| William Mathis | 20230407079 | 5/16/2023 11:14 AM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 5/16/2023 8:17 AM | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| William Mathis | 20230407079 | 5/16/2023 7:45 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 5/4/2023 11:10 AM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 5/4/2023 8:00 AM | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| William Mathis | 20230407079 | 5/4/2023 7:33 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 5/1/2023 10:35 AM | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 5/1/2023 8:16 AM | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| William Mathis | 20230407079 | 5/1/2023 7:57 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 4/19/2023 10:16 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 4/19/2023 8:56 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20230407079 | 4/12/2023 5:48 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 4/12/2023 4:01 PM | In-Cell | In-Transit | DIV08RTU Transfer … | Pending |
| William Mathis | 20230407079 | 4/12/2023 4:01 PM | In-Transit | In-Transit | DIV08RTU Transfer … | Pending |
| William Mathis | 20230407079 | 4/8/2023 3:06 AM | DOCD8RCDCLASS9 | In-Cell | In Cell | Pending |
| William Mathis | 20230407079 | 4/7/2023 3:44 PM | | DOCD8RCDCLASS9 | RCDC 5 | Pending |
| William Mathis | 20220809092 | 11/4/2022 4:38 PM | In-Cell | Electronic Monitoring | Housing | Pending |
| William Mathis | 20220809092 | 11/1/2022 2:15 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 11/1/2022 1:45 PM | In-Cell | In-Transit | Cermak | Pending |

Exhibit 3 Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| William Mathis | 20220809092 | 10/31/2022 10:36 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 10/31/2022 9:42 AM | In-Cell | In-Transit | Cermak | Pending |
| William Mathis | 20220809092 | 10/30/2022 11:47 AM | DOCCMKADMISSION | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 10/30/2022 7:01 AM | In-Transit | DOCCMKADMISSION | Cermak | Pending |
| William Mathis | 20220809092 | 10/30/2022 7:01 AM | In-Cell | In-Transit | Cermak | Pending |
| William Mathis | 20220809092 | 10/26/2022 12:04 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 10/26/2022 6:57 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20220809092 | 10/24/2022 7:36 PM | DOCD8RCDCLASS9 | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 10/24/2022 4:39 PM | Electronic Monitoring | DOCD8RCDCLASS9 | RCDC 5 | Pending |
| William Mathis | 20220809092 | 8/13/2022 9:37 PM | In-Cell | Electronic Monitoring | Housing | Pending |
| William Mathis | 20220809092 | 8/9/2022 9:29 PM | DOCD8RCDCLASS9 | In-Cell | In Cell | Pending |
| William Mathis | 20220809092 | 8/9/2022 6:00 PM | | DOCD8RCDCLASS9 | RCDC 5 | Pending |
| William Mathis | 20191022143 | 4/3/2020 6:38 PM | In-Cell | Electronic Monitoring | Housing | Pending |
| William Mathis | 20191022143 | 3/5/2020 8:35 PM | DOCD8RCDCHOLD2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 3/5/2020 7:01 PM | MKLOCKUPX4452 | DOCD8RCDCHOLD2 | RCDC Holding | Pending |
| William Mathis | 20191022143 | 3/5/2020 5:38 PM | MARKLOCKUP3 | MKLOCKUPX4452 | Court Return | Pending |
| William Mathis | 20191022143 | 3/5/2020 10:10 AM | DOCD8RCDCSP2 | MARKLOCKUP3 | Court Appearance | Pending |
| William Mathis | 20191022143 | 3/5/2020 7:18 AM | In-Transit | DOCD8RCDCSP2 | Court Appearance | Pending |
| William Mathis | 20191022143 | 3/5/2020 4:10 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 3/4/2020 10:45 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 3/4/2020 7:12 AM | In-Transit | DOCD8RCDCSP2 | Clinic | Pending |
| William Mathis | 20191022143 | 3/4/2020 4:24 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 2/19/2020 11:07 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 2/19/2020 6:08 AM | In-Transit | DOCD8RCDCSP2 | Clinic | Pending |
| William Mathis | 20191022143 | 2/19/2020 5:01 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 2/17/2020 8:53 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 2/17/2020 8:38 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 1/30/2020 12:31 PM | In-Transit | DOCD8RCDCSP2 | Court Return | Pending |
| William Mathis | 20191022143 | 1/30/2020 11:47 AM | MARKLOCKUP3 | In-Transit | Court Return | Pending |
| William Mathis | 20191022143 | 1/30/2020 11:09 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 1/30/2020 9:29 AM | DOCD8RCDCSP2 | MARKLOCKUP3 | Court Appearance | Pending |
| William Mathis | 20191022143 | 1/30/2020 8:35 AM | In-Transit | DOCD8RCDCSP2 | Court Appearance | Pending |
| William Mathis | 20191022143 | 1/30/2020 5:53 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 1/30/2020 5:42 AM | In-Transit | In-Cell | Court Appearance | Pending |
| William Mathis | 20191022143 | 1/30/2020 5:20 AM | In-Transit | In-Cell | Court Appearance | Pending |

Exhibit 3 Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| William Mathis | 20191022143 | 1/30/2020 5:20 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 1/30/2020 4:37 AM | In-Cell | In-Transit | In Cell | Pending |
| William Mathis | 20191022143 | 1/24/2020 6:03 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 1/24/2020 10:50 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 1/22/2020 11:06 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 1/22/2020 6:47 AM | In-Transit | DOCD8RCDCSP2 | Clinic | Pending |
| William Mathis | 20191022143 | 1/22/2020 5:09 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 12/30/2019 1:18 PM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/30/2019 1:16 PM | DOCD8RCDCSP2 | In-Cell | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/30/2019 12:37 PM | MARKLOCKUP3 | DOCD8RCDCSP2 | Court Return | Pending |
| William Mathis | 20191022143 | 12/30/2019 9:42 AM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 12/30/2019 9:28 AM | DOCD8RCDCSP2 | MARKLOCKUP3 | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/30/2019 8:29 AM | In-Transit | DOCD8RCDCSP2 | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/30/2019 4:35 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/26/2019 8:21 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 12/26/2019 7:28 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 12/5/2019 11:56 AM | In-Transit | MARKLOCKUP3 | Court Return | Pending |
| William Mathis | 20191022143 | 12/5/2019 11:52 AM | MARKLOCKUP3 | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/5/2019 11:47 AM | MARKLOCKUP3 | DOCD8RCDCSP2 | Court Return | Pending |
| William Mathis | 20191022143 | 12/5/2019 10:31 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 12/5/2019 9:34 AM | DOCD8RCDCSP2 | MARKLOCKUP3 | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/5/2019 7:01 AM | In-Transit | DOCD8RCDCSP2 | Court Appearance | Pending |
| William Mathis | 20191022143 | 12/5/2019 4:19 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 11/27/2019 9:30 AM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 11/27/2019 7:25 AM | In-Transit | DOCD8RCDCSP2 | Clinic | Pending |
| William Mathis | 20191022143 | 11/27/2019 4:52 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 10/29/2019 2:17 PM | DOCD8RCDCSP2 | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 10/29/2019 11:56 AM | In-Transit | DOCD8RCDCSP2 | Court Return | Pending |
| William Mathis | 20191022143 | 10/29/2019 11:52 AM | MARKLOCKUP3 | In-Transit | Court Return | Pending |
| William Mathis | 20191022143 | 10/29/2019 9:02 AM | DOCD8RCDCSP2 | MARKLOCKUP3 | Court Appearance | Pending |
| William Mathis | 20191022143 | 10/29/2019 7:52 AM | In-Transit | DOCD8RCDCSP2 | Court Appearance | Pending |
| William Mathis | 20191022143 | 10/29/2019 3:38 AM | In-Cell | In-Transit | Court Appearance | Pending |
| William Mathis | 20191022143 | 10/28/2019 6:00 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20191022143 | 10/28/2019 10:55 AM | In-Cell | In-Transit | Clinic | Pending |
| William Mathis | 20191022143 | 10/23/2019 3:55 AM | DOCD8RCDCLASS9 | In-Cell | In Cell | Pending |

Exhibit 3 Page 5

| William Mathis | 20191022143 | 10/22/2019 3:43 PM | DOCD5INLCK | DOCD8RCDCLASS9 | RCDC 6 | Pending |
| --- | --- | --- | --- | --- | --- | --- |
| William Mathis | 20170620022 | 6/23/2017 8:35 PM | | DOCD5INLCK | RCDC Discharge | Pending |
| William Mathis | 20170620022 | 6/23/2017 4:56 PM | In-Cell | In-Transit | RCDC Discharge | Pending |
| William Mathis | 20170620022 | 6/21/2017 1:03 AM | DOCD8RCDCCLAS9 | In-Cell | In Cell | Pending |
| William Mathis | 20170620022 | 6/20/2017 8:18 PM | DOCD5INLCK | DOCD8RCDCCLAS9 | RCDC 2 | Pending |
| William Mathis | 20161012008 | 10/14/2016 4:26 PM | | DOCD5INLCK | RCDC Discharge | Pending |
| William Mathis | 20161012008 | 10/14/2016 4:07 PM | In-Transit | DOCD05RCDCDISCH | RCDC Discharge | Pending |
| William Mathis | 20161012008 | 10/14/2016 3:56 PM | In-Cell | In-Transit | DIV2 Transfer Out | Pending |
| William Mathis | 20161012008 | 10/13/2016 10:46 PM | In-Transit | In-Cell | In Cell | Pending |
| William Mathis | 20161012008 | 10/13/2016 8:54 AM | In-Cell | In-Transit | In Cell | Pending |
| William Mathis | 20161012008 | 10/13/2016 2:08 AM | DOCD8RCDCCLAS9 | In-Cell | In Cell | Pending |
| William Mathis | 20161012008 | 10/12/2016 5:18 PM | | CSMKMAIN08 | RCDC Transfer to ID… | Pending |
| William Mathis | 20161012008 | 10/12/2016 3:37 PM | CSMKMAIN08 | DOCD8RCDCCLAS9 | RCDC 2 | Pending |
| William Mathis | 20130528230 | 5/30/2013 4:15 AM | Rcdc 02 | Rcdc Transfer to IDOC | Other | Completed |
| William Mathis | 20130528230 | 5/30/2013 4:11 AM | In-Cell | Division 2 Staging / Clothing | Scanner | Completed |
| William Mathis | 20130528230 | 5/29/2013 10:40 AM | Rcdc 02 | In-Cell | Housing | Completed |
| William Mathis | 20130528230 | 5/29/2013 9:22 AM | Rcdc Transfer | Rcdc 02 | Housing | Completed |
| William Mathis | 20130528230 | 5/29/2013 9:21 AM | Cermak Staging / Admissions | Rcdc Transfer | Housing | Completed |
| William Mathis | 20130528230 | 5/29/2013 2:08 AM | In-Transit | Cermak Staging / Admissions | Scanner | Completed |
| William Mathis | 20130528230 | 5/29/2013 1:55 AM | Division 6 Post 2 | In-Transit | Scanner | Completed |
| William Mathis | 20130528230 | 5/29/2013 12:42 AM | Division 5 Post O.E. | Division 6 Post 2 | Scanner | Completed |
| William Mathis | 20130528230 | 5/29/2013 12:35 AM | Rcdc 06 | Division 5 Post O.E. | Scanner | Completed |
| William Mathis | 20130528230 | 5/28/2013 9:58 PM | Rcdc 02 | Rcdc 06 | Housing | Completed |
| William Mathis | 20130528230 | 5/28/2013 8:46 PM | M /Hld | Rcdc 02 | Housing | Completed |
| William Mathis | 20121017227 | 11/25/2012 9:56 AM | In-Transit | Rcdc Bonding Cage | Scanner | Completed |
| William Mathis | 20121017227 | 11/25/2012 9:01 AM | Division 3 Staging / Holding | In-Transit | Scanner | Completed |
| William Mathis | 20121017227 | 11/25/2012 9:01 AM | In-Cell | Division 3 Staging / Holding | Scanner | Completed |
| William Mathis | 20121017227 | 11/20/2012 11:47 AM | In-Transit | In-Cell | Scanner | Completed |
| William Mathis | 20121017227 | 11/20/2012 11:10 AM | In-Cell | In-Transit | Scanner | Completed |
| William Mathis | 20121017227 | 11/18/2012 6:26 PM | In-Transit | In-Cell | Scanner | Completed |
| William Mathis | 20121017227 | 11/18/2012 4:55 PM | In-Cell | In-Transit | Scanner | Completed |
| William Mathis | 20121017227 | 11/9/2012 11:23 AM | In-Transit | In-Cell | Scanner | Completed |
| William Mathis | 20121017227 | 11/9/2012 8:12 AM | In-Cell | In-Transit | Scanner | Completed |
| William Mathis | 20121017227 | 10/22/2012 10:18 AM | Cermak Staging / Admissions | In-Cell | Scanner | Completed |
| William Mathis | 20121017227 | 10/22/2012 9:12 AM | In-Transit | Cermak Staging / Admissions | Scanner | Completed |

| | | | | | | |
|---|---|---|---|---|---|---|
| William Mathis | 20121017227 | 10/22/2012 7:22 AM | In-Cell | In-Transit | Scanner | Completed |
| William Mathis | 20121017227 | 10/18/2012 1:38 AM | Rcdc 02 | In-Cell | Housing | Completed |
| William Mathis | 20121017227 | 10/17/2012 8:24 PM | M /Hld | Rcdc 02 | Housing | Completed |
| William Mathis | 20110115155 | 1/18/2011 9:32 PM | Rcdc Post Od | Rcdc Bonding Cage | Scanner | Completed |
| William Mathis | 20110115155 | 1/18/2011 8:39 PM | Division 5 Post O.E. | Rcdc Post Od | Scanner | Completed |
| William Mathis | 20110115155 | 1/18/2011 8:36 PM | Rcdc Disch | Division 5 Post O.E. | Scanner | Completed |
| William Mathis | 20110115155 | 1/18/2011 8:09 PM | In-Cell | Stage 06 Out | Housing | Completed |
| William Mathis | 20110115155 | 1/18/2011 8:09 PM | Stage 06 Out | Rcdc Disch | Housing | Completed |
| William Mathis | 20110115155 | 1/16/2011 2:08 PM | Division 5 Post O.E. | In-Cell | Scanner | Completed |
| William Mathis | 20110115155 | 1/16/2011 12:44 PM | In-Transit | Division 5 Post O.E. | Scanner | Completed |
| William Mathis | 20110115155 | 1/16/2011 12:43 PM | Rcdc Post O | In-Transit | Scanner | Completed |
| William Mathis | 20110115155 | 1/16/2011 12:23 PM | Division 5 Post O.E. | Rcdc Post O | Scanner | Completed |
| William Mathis | 20110115155 | 1/16/2011 12:21 PM | In-Cell | Division 5 Post O.E. | Scanner | Completed |
| William Mathis | 20110115155 | 1/16/2011 9:33 AM | Rcdc Post O | Stage 06 In | Housing | Completed |
| William Mathis | 20110115155 | 1/16/2011 9:33 AM | Stage 06 In | In-Cell | Housing | Completed |
| William Mathis | 20110115155 | 1/16/2011 9:33 AM | Stage 06 In | In-Cell | Housing | Completed |
| William Mathis | 20110115155 | 1/16/2011 7:12 AM | Division 8 Staging / Admissi… | Rcdc Post O | Scanner | Completed |
| William Mathis | 20110115155 | 1/15/2011 11:09 PM | Rcdc 05 | Division 8 Staging / Admissi… | Scanner | Completed |
| William Mathis | 20110115155 | 1/15/2011 9:39 PM | Rcdc 02 | Rcdc 05 | Housing | Completed |
| William Mathis | 20110115155 | 1/15/2011 9:39 PM | Rcdc 02 | Rcdc 05 | Housing | Completed |
| William Mathis | 20110115155 | 1/15/2011 8:22 PM | M /Hld | Rcdc 02 | Housing | Completed |

Exhibit 3 Page 7