# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                  Plaintiff,

v.                                                 Case No.: 1:24–cv–01127
                                                    Honorable John J. Tharp Jr.

Thomas Dart, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2024:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 6/27/24. The Court reviewed the parties' Joint Status Report [21]. By 7/11/24, the parties shall file an updated status report stating whether Defendants produced to Plaintiff information about the number of detainees at Cook County Jail who may need to use the Cermak ramp that Plaintiff can use for purposes of characterizing the putative class in this case, and whether that information is sufficient for Plaintiff's purposes. If Plaintiff needs additional information, the parties shall include the status of their efforts to meet and confer about that issue in their status report. If the parties are not able to resolve issues raised in the Status Report [21] concerning Defendants' objections to Plaintiff's requests for production of documents nos. 11, 15, and 17, Plaintiff shall file a motion to compel by 7/10/24. Defendants shall respond by 7/24/24. Plaintiff shall reply by 7/31/24. If the parties resolve the issues before then, the parties shall file a short notice and the Court will strike the briefing schedule. The parties shall file an updated status report by 8/5/24 that includes whether Plaintiff has been deposed, and if not, then a confirmed date for his deposition. The parties' report also shall include the status of the parties' discussions of other depositions that need to be taken before the close of fact discovery, any update on whether settlement has become a realistic possibility, and anything else the parties want to include relevant to case management. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.