**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1127 |
| | ) | |
| v. | ) | Judge Tharp, Jr. |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S RESPONSES TO PLAINTIFF'S
FIRST SET OF REQUESTS FOR PRODUCTION**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore, Troy S. Radunsky, and Zachary G. Stillman, of DeVore Radunsky LLC, and for his responses to Plaintiff's First Set of Requests for Production of Documents, dated May 10, 2024, states as follows:

***Attached and included in these responses see Bates 000001 – 000044, 001060 – 001236; 001413 – 002344.**

***Also attached and included in these responses see the following video footage files:**
- *(Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-16_18h45min00s000ms; Tunnel-CAM_0_101_CMK-2024-04-16_18h45min00s000ms; (Extraction_1.2)_Tunnel-CAM_0_108_CMK_to_RTU_West-2024-04-23_12h30min00s000ms; Tunnel-CAM_0_108_CMK_to_RTU_West-2024-04-23_12h30min00s000ms; (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-23_12h30min00s000ms; Tunnel-CAM_0_101_CMK-2024-04-23_12h30min00s000ms; (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-09_19h00min00s000ms; Tunnel-CAM_0_101_CMK-2024-04-09_19h00min00s000ms; (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-11_18h00min00s000ms; Tunnel-CAM_0_101_CMK-2024-04-11_18h00min00s000ms (10x Videos)*
- *All 218x Videos listed in Defendants' Bates 002293 – 002325.*

(Totaling 228x Videos - Collectively, Defendants' "Video Production")

**DOCUMENT REQUESTS**

Exhibit 1 Page 1

1. All CCOMS information for plaintiff William Mathis.

**RESPONSE: See Bates 000001-000044.**

2. All inmate grievances, responses, and documents relating to any investigation concerning any grievance filed by William Mathis under booking number 2023-0407079.

**RESPONSE: See Bates 000001-000044.**

3. All medical records in possession of defendants relating to William Mathis.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Cook County Sheriff Thomas Dart. Defendant Cook County operates the Cook County Health System and the Cermak Health Facility, which controls such records.**

4. The Cerner Message Journal for William Mathis in possession of defendants.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Cook County Sheriff Thomas Dart. Defendant Cook County operates the Cook County Health System and the Cermak Health Facility, which controls such records.**

5. All video depicting plaintiff William Mathis in possession of defendants. This includes, but is not limited to, video of Mr. Mathis ambulating and -2- moving up or down any ramp or corridor at Cook County Jail, including the Cermak ramp and the RTU east tunnel corridor.

**RESPONSE: None known other than those produced in Defendants' Video Production.**

6. All video preserved of the Cermak Ramp and the RTU East Tunnel Corridor from February 13, 2022 to the present. These videos may be identified as "Tunnel-CAM 0.101 CMK" and "Tunnel-CAM_0.108_CMK_to_RTU_West." This request includes, but is not limited to, video requested to be preserved by ADA Compliance Officer Rivero-Canchola.

**RESPONSE: None other than those videos produced as part of Defendants' Video Production. See also Defendants' Bates 002293 – 002325.**

7. For April 16, 2024 between 6:45 pm and 9 pm, video of Tunnel-CAM 0.101 CMK.

**RESPONSE: See (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-16_18h45min00s000ms and Tunnel-CAM_0_101_CMK-2024-04-16_18h45min00s000ms, included within Defendants' Video Production.**

8. Video of Tunnel-CAM_0.108_CMK_to_RTU_West on April 23, 2024 from 12:30 pm until 3:00 pm.

**RESPONSE: See (Extraction_1.2)_Tunnel-CAM_0_108_CMK_to_RTU_West-2024-04-23_12h30min00s000ms, Tunnel-CAM_0_108_CMK_to_RTU_West-2024-04-23_12h30min00s000ms, (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-23_12h30min00s000ms, and Tunnel-CAM_0_101_CMK-2024-04-23_12h30min00s000ms, included within Defendants' Video Production.**

9. Video of Tunnel-CAM 0.101 CMK on April 9, 2024 between 7:00 pm and 11:00 pm.

**RESPONSE: See (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-09_19h00min00s000ms and Tunnel-CAM_0_101_CMK-2024-04-09_19h00min00s000ms, included within Defendants' Video Production.**

10. Video of Tunnel-CAM 0.101 CMK on April 11, 2024 between 6:00 pm and 9:00 pm.

**RESPONSE: See (Extraction_1.1)_Tunnel-CAM_0_101_CMK-2024-04-11_18h00min00s000ms and Tunnel-CAM_0_101_CMK-2024-04-11_18h00min00s000ms, included within Defendants' Video Production.**

11. The names and last known addresses (in a computer readable format) of detainees who have been moved to the Cermak Infirmary with an active alert for a cane, crutch, or walker from February 13, 2022 to the present.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

12. The names and last known addresses (in a computer readable format) of detainees who have moved to or from the RTU with an active alert for a cane, crutch, or walker from February 13, 2022 to the present.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is**

3

Exhibit 1 Page 3

**not limited to (1) those who traversed the tunnel to the RTU, or (2) those to whom something happened in the tunnel to the RTU.**

13. From February 13, 2022 to the present, documents identifying the officers who have escorted inmates with an alert for a cane, crutch, or walker to or from the Cermak Infirmary.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

14. From February 13, 2022 to the present, documents (including any electric documents or video), relating to the training of staff to assist an inmate with an alert for a cane, crutch, or walker traverse any ramp or corridor at the Cook County Department of Corrections.

**RESPONSE: See Americans with Disabilities Act Training Presentation, Bates 002230 – 002286.**

15. From March 1, 2024 to the present, all documents regarding any effort to renovate the Cermak ramp to comply with the ADA structural standards. This includes, but is not limited to, any transfer package by Globetrotters Engineering Corporation (GEC), any contact for an architect of record to draw the Cermak ramp, and any documents relating to the status of this project, including when the construction will be completed.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Cook County Sheriff's Office. As Plaintiff has asserted and as reflected in documents presented by Plaintiff, the building is owned by Cook County and managed by the Cook County Department of Facilities Management. It is undisputedly the role of Cook County DFM to maintain and operate Cook County facilities in a cost-effective manner for both the general public and various Cook County Departments. https://www.cookcountyil.gov/agency/facilities-management**

**The Office of the Cook County Sheriff is not charged with the responsibility to conduct renovations of the Cook County Department of Corrections Facilities. Defendant Dart directs Plaintiff to 55 ILCS §5/3-6019 for the duties of the Sheriff. Defendant Dart further direct Plaintiff to applicable statutes, including but not limited to 55 ILCS 5/3-6007, 55 ILCS 5/3-6008, 55 ILCS 5/3-6012.1, 55 ILCS 5/3-6015- 6019, 730 ILCS 125/2, and 730 ILCS 125/3.**

16. From March 1, 2024 to the present, all documents regarding any effort to renovate the RTU east tunnel corridor ramp to comply with the ADA structural standards. This includes, but is not limited to, any transfer package by Globetrotters Engineering Corporation (GEC), any contact for an architect of record to draw the ramp, and any documents relating to the status of this project, including when the construction will be completed.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Cook County Sheriff's Office. As Plaintiff has asserted and as reflected in documents presented by Plaintiff, the building is owned by Cook County and managed by the Cook County Department of Facilities Management ("DFM"). It is undisputedly the role of Cook County DFM to maintain and operate Cook County facilities in a cost-effective manner for both the general public and various Cook County Departments. https://www.cookcountyil.gov/agency/facilities-management**

**The Office of the Cook County Sheriff is not charged with the responsibility to conduct renovations of the Cook County Department of Corrections Facilities. Defendant Dart directs Plaintiff to 55 ILCS §5/3-6019 for the duties of the Sheriff. Defendant Dart further direct Plaintiff to applicable statutes, including but not limited to 55 ILCS 5/3-6007, 55 ILCS 5/3-6008, 55 ILCS 5/3-6012.1, 55 ILCS 5/3-6015- 6019, 730 ILCS 125/2, and 730 ILCS 125/3.**

17. From February 13, 2022 to the present, all inmate grievances (and any response) complaining of traversing ramps in the RTU and/or Cermak using a wheelchair, walker, cane, or crutch

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU or using the Cermak ramp, or (2) those to whom something happened in the tunnel to the RTU or on the Cermak ramp**

**Additionally, CCDOC does not store grievances by subject matter or topic, but by individual IIC number. Accordingly, the grievances cannot be produced as requested.**

18. From February 13, 2022 to the present, documents that explain the policy and/or procedure to provide an accommodation for a detainee prescribed a cane, crutch or walker traverse the Cermak ramp and/or the RTU east tunnel corridor.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and**

**disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU or Cermak, or (2) those to whom something happened in the tunnel to the RTU or Cermak. Without waiving and in light of this objection, see Procedure 704, and Policies 148 and 801, Bates 001218 – 001236.**

19. From February 13, 2022 to the present, memoranda read in roll call regarding the movement of detainees with an alert for a cane, crutch, or walker up or down ramps at the Cook County Department of Corrections or corridors at the Cook County Department of Corrections.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU, or (2) those to whom something happened in the tunnel to the RTU. Without waiving and in light of this objection, see 12.22.23 Roll Call Memo, Bates 001060.**

20. From February 13, 2022 to the present, the documentation that an employee of either the Sheriff and/or County provided an accommodation to a individual with an alert for a cane, crutch, or walker traverse the Cermak ramp.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

21. From February 13, 2022 to the present, documentation that an individual with an alert for a cane, crutch, or walker refused an accommodation to traverse the Cermak ramp.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

22. From February 13, 2022 to the present, the documentation that an employee of either the Sheriff and/or County provided an accommodation to a individual with an alert for a cane, crutch, or walker traverse the RTU East Tunnel Corridor.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU, or (2) those to whom something happened in the tunnel to the RTU.**

23. From February 13, 2022 to the present, documentation that an individual with an alert for a cane, crutch, or walker refused an accommodation to traverse the RTU East Tunnel Corridor.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU, or (2) those to whom something happened in the tunnel to the RTU.**

24. The e-mails (including attachments) maintained in Sabrina Rivero Canchola's e-mail account (Sabrina.RiveroCanchola@cookcountyil.gov) from April 7, 2023 to the present responsive to the following search terms:

    a. "William" and "Mathis"
    b. "2023-0407079"
    c. "20230407079"

**RESPONSE: Pursuant to Plaintiff's Counsels' agreement via email on June 3, 2024, Defendants instead ran the search as follows:**
- **William w/3 Mathis OR "2023-0407079" OR "20230407079"**

**See Sabrina Rivero-Canchola Email search results, Bates 002287 – 002292.**

Respectfully submitted,

*/s/ Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

7

Exhibit 1 Page 7

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Responses to Plaintiff's First Set of Requests for Production** was sent via email correspondence to all below listed parties on June 21, 2024.

                                                           */s/ Zachary G. Stillman*
                                                           Zachary G. Stillman
                                                           One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morrisseylawchicago.com
tgm@morrisseylawchicago.com