List of Grievances by CRW Received from 1/1/2023 to 4/9/2024

| Total Records: 10 |
| --- |

List of Grievances by CRW Received from 1/1/2023 to 4/9/2024

| CRW Received Date | Row # | CRW Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 11/13/2023 | 1 | JONES, DEBRA | Division 6 | 330 - Security Procedures misc. | Mathis, William | 20230407079 | 11/28/2023 | No | 202317349 |
| 11/16/2023 | 2 | JONES, DEBRA | Null | 460 - The grievance form contains more than one issue. | Mathis, William | 20230407079 | Null | No | NC202304063 |
| 12/1/2023 | 3 | JONES, DEBRA | Division 6 | 072 - Facility Repair (plumbing) | Mathis, William | 20230407079 | 12/13/2023 | Yes | 202318164 |
| 12/4/2023 | 4 | BALL, VELMA D. | Division 6 | 090 - Food Service misc. | Mathis, William | 20230407079 | 1/11/2024 | Yes | 202318095 |
| 12/4/2023 | 5 | BALL, VELMA D. | Division 6 | 171 - Living Conditions (water quality) | Mathis, William | 20230407079 | 12/20/2023 | Yes | 202318093 |
| 12/13/2023 | 6 | DAVIS-HOBBS, BEYUNKA | Null | 410 - The grieved issue did not occur within the last 15 calendar days nor is it an allegation of sexual assault, harassment, voyeurism. | Mathis, William | 20230407079 | Null | No | NC202304289 |

List of Grievances by CRW Received from 1/1/2023 to 4/9/2024

| CRW Received Date | Row # | CRW Name | Place Of Incident | Grievance Code Issue | IIC Name | IIC Booking # | IIC Received Response Date | Grievance Appealed | Grievance # |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2023 | 7 | DAVIS-HOBBS, BEYUNKA | Division 8 RTU | 174 - Living Conditions (mold/fungus) | Mathis, William | 20230407079 | 12/28/2023 | Yes | 202318509 |
| 12/18/2023 | 8 | DAVIS-HOBBS, BEYUNKA | Division 8 RTU | 010 - A.D.A. Issue | Mathis, William | 20230407079 | 1/5/2024 | Yes | 202318633 |
| 3/8/2024 | 9 | ADAMS, JAMAL | Division 2 | 010 - A.D.A. Issue | Mathis, William | 20230407079 | 3/20/2024 | No | 202402837 |
| 3/19/2024 | 10 | ADAMS, JAMAL | Null | 480 - Other | Mathis, William | 20230407079 | Null | No | NC202401090 |