# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

**Individual In Custody SHORT #**

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (¡ Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME | PRINT - FIRST NAME | BOOKING NUMBER |
|---|---|---|
| Phillips | Raasikh | 20230127098 |
| DIVISION: 8 RTU | LIVING UNIT: 3G | DATE: 01-19-2023 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
*(Spanish translation of above)*

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 01-19-2023 | Between 1:00pm - 3:00pm | In the Tunnel from Division 8 RTU to Division 8 Cermak | Cook County Department of Correction |

On or about January 19, 2023 I was walking with my walker to Cermak from RTU through the basement tunnel. & along the walk there was a ramp that goes up & a ramp that goes down & it was extremely hard to walk up the ramp, so was it extremely hard to walk down the ramp. Those ramps could cause a very bad injury to someone. I want for someone not to get hurt going up & down those ramps, & myself included. Someone should do something about that A.S.A.P.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** Raasikh Phillips, Movement Officer Lopez

**SIGNATURE of Individual in Custody:** [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: 1/19/24 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

Exhibit 4 Page 1

(FCN-07) (FEB 23) (WHITE COPY – IIC SERVICES DEPT.) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER:** 2024 X0603 [Individual In Custody SHORT #:] 0412014

PRINT: CRW LAST NAME: Johnson (?)

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Phillips
**Individual In Custody FIRST NAME:** Cassidic
**BOOKING ID #:** 2023-0127098

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** IC ADA Issue

**IMMEDIATE CRW RESPONSE (if applicable):** N/A

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermák Health Services)*: DOC ADA(?)

**DATE REFERRED:** 01/10/24

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Please see attached response

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#** PRINT: Sabrina Cochran
**SIGNATURE:** [signed]
**DIV./DEPT.:** DOC/ADA
**DATE:** 01/25/24

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY
*(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo bajo custodia.)*: [signed]
**DATE RESPONSE WAS RECEIVED:** 02/02/2024

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL *(Solicitud de apelación del individuo)*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 02/02/2024

I did in fact inform moving officer that it was extremely hard to walk up the elevated ramp, which is why I was provided the wheelchair for expedited & safe return.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?** *(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*  Yes / **No** (circled)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to stand.

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado)*: J. Mueller
**SIGNATURE** *(Firma)*: [signed]
**DATE** *(Fecha)*: 2/8/24

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. *(Su respuesta de apelación y/o decisión será entregada al IIC por Correo Interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)*

Exhibit 4 Page 2 JFR 2 13 2024

(FCN- 08 )(FEB 23)  (WHITE COPY – IIC SERVICES)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

Grievance #2024x00603

**I.I.C. COPY**

Response issued January 25, 2024

After reviewing available evidence and speaking with the movement officer, staff complied with CCSO policy. On January 14th at 1328 hours the movement Officer is observed transporting Detainee Phillips to Cermak from RTU. Detainee Phillips is utilizing a walker to ambulate from RTU to Cermak. Detainee Phillips was walking slowly, but without difficulty. At no time does detainee Phillips tell the movement officer that he is unable to walk using his walker. Detainee Phillips gait appears identical throughout the tunnel, whether that be walking up or down an elevated surface, or just at one level. Upon being cleared by the urgent care doctor to return to RTU; to expedite the transportation, an officer provides Detainee Phillips with a wheelchair and pushes him back to RTU. Detainee Phillips has been evaluated by multiple medical staff members and cleared to ambulate with a walker on all surfaces.

Exhibit 4 Page 3