# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Monday, July 8, 2024 3:15 PM |
| **To:** | Zachary Stillman; Troy Radunsky |
| **Cc:** | Thomas Morrissey; Jason DeVore; Law Clerks |
| **Subject:** | RE: Mathis | Plaintiff Deposition Date & Issue of Documents Regarding Cermak Ramp Renovations |

Zach,

I write following our phone call this afternoon regarding Mathis. During this call, you confirmed the Sheriff will not produce inmate grievances and defendants' position has not changed since our last phone conferral.

We also discussed production of information regarding efforts to renovate the Cermak ramp. You agreed (hopefully by Friday) to produce material listed in the "Final Package Checklist" pursuant to the confidentiality order. You also agreed to confer with your client to see if there are documents generated every few weeks regarding the status of this project. Along similar lines, you agreed to see if there are any responsive documents regarding any plans or intent to move forward with renovating the east tunnel ramp?

You also said that you are waiting for the Sheriff to respond to your request to produce material regarding: the (1) number of people with an alert for a cane, crutch, or walker listed as moving to the Cermak during the putative class period, and (2) the number of people with a an alert for a cane, crutch, or walker listed as being in the RTU building during the putative class period. We have a status report due Thursday regarding this matter and agreed to discuss this matter before this status report is due.

On a final note, I asked whether defendants intend to depose any of the putative class members that have been disclosed. We may rely on declarations and grievances turned over by these witnesses in support of a motion for class certification. You mentioned defendants have not formulated a final position about this matter.

Please let me know if this e-mail mischaracterizes our conferral.

Pat

---

**From:** Patrick Morrissey
**Sent:** Monday, July 8, 2024 12:21 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Mathis | Plaintiff Deposition Date & Issue of Documents Regarding Cermak Ramp Renovations

Zach,

Do you want to plan on conferring today at 2:30 pm? Also, we have a motion to compel due Wednesday regarding the grievances. During our prior conferral on June 26, your office said the defendants will not turn over this material. The conferral was memorialized in my email sent the same day. Can you please confirm defendants' position has not changed?

Pat Morrissey