# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #:** 2023X18633
**Individual In Custody SHORT #:** 04145R

## THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC admin 19

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Mathis
**PRINT - FIRST NAME:** William
**BOOKING NUMBER:** 20230407079
**DIVISION:** 8-R.T.U
**LIVING UNIT:** 3H
**DATE:** 12-18-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de limite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 12-10-23 | 5:00pm | William, Mathis | Superintendent / Thomas Dart |

I have a issue with the ramp an R.T.U Div 8 Down Stair when going and comin out of R.T.U I use a cane in I feel that it's hard to move up and Down the ramp with me having a cane and not fall down...

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** William Mathis

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** Hebb
**SIGNATURE:** 
**DATE CRW RECIEVED:** 12/18/23
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

Grievance #2023x18633

Response issued December 26, 2023

Upon review of available evidence, Detainee Mathis is observed being escorted by cart from Division 6 to Cermak for medical attention. Medical evaluates Detainee Mathis and determines he is able to ambulate with a cane for long distances only. Mathis is then escorted by cart back to Division 6 to retrieve his property. Mathis is them escorted by cart and lastly by wheelchair up to his new living unit in RTU. Detainee Mathis did not walk to RTU on December 10th. Detainee Mathis' grievance is without merit.



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual in Custody SHORT #: |
|---|---|
| 2023X18633 | 0414580 |
| PRINT: CRW LAST NAME | Hobbs |

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: **Mathis**
Individual In Custody FIRST NAME: **William**
BOOKING ID #: **20230407025**

GRIEVANCE ISSUE AS DETERMINED BY CRW: **ADA issue**

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO: **DOC admin 14**    DATE REFERRED: **12/9/23**

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Mr. Mathis,
Please see attached grievance response.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: **Sabrina Garcia**    STAR#:
SIGNATURE:
DIV./DEPT.: **DOC/ADA**    DATE: **12/26/23**

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

INDIVIDUAL IN CUSTODY SIGNATURE: *William Mathis*
DATE RESPONSE WAS RECEIVED: **1/5/24**

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:
DATE OF APPEAL REQUEST: **1/5/24**
I still have issue everytime I go out of R.T.U to see the outside Doc cause of the ramp's.

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?    Yes / **No**

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:
Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE: **J. Mielle**
SIGNATURE:
DATE: **1/12/24**

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: **JAN 16 2024**

(FCN-08)(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)