**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -*vs*- | ) | No. 24-cv-1127 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Tharp, Jr. |
| and Cook County, Illinois, | ) | |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| *Defendants.* | ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's order entered June 28, 2024, Dkt. 22, the parties file the following Status Report:

1. **Status regarding information about the number of detainees at Cook County Jail who may need to use the Cermak ramp with an alert for a cane, crutch, or walker**

Counsel for Defendants have requested the specified information from their clients, as well as similar figures for those assigned to the RTU building, and expect to be able to provide such to Plaintiff by July 26, 2024, at latest.

2. **Whether the information is sufficient for Plaintiff's purposes**

Plaintiff's counsel believes this information, once produced, will be sufficient at this stage of the litigation for characterizing the putative class. Plaintiff's counsel requests to file an updated status report regarding this issue once defendants produce the material. Plaintiff requests July 29, 2024, to file an updated status report.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

/s/*Troy S. Radunsky*
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com