# Mathis | Sheriff Dart Supplemental Response to No. 17 of 1st Set RTP (Bates 003632 - 003657)

Zachary Stillman <zstillman@devoreradunsky.com>
Mon 7/22/2024 11:48 AM

To:Thomas Morrissey <tgm@morrisseylawchicago.com>;Patrick Morrissey <pwm@morrisseylawchicago.com>
Cc:Jason DeVore <jdevore@devoreradunsky.com>;Troy Radunsky <tradunsky@devoreradunsky.com>;Law Clerks <LawClerks@devoreradunsky.com>

📎 12 attachments (2 MB)
7.22.24 Sheriff Dart Supplemental Responses to 1st Set RTP No. 17.pdf; Bates 003654 - 003655 (Document1215919) (Production Version).pdf; Bates 003647 - 003648 (Document1203732) (Production Version).pdf; Bates 003645 - 003646 (Document1203705) (Production Version).pdf; Bates 003649 - 003651 (Document1206282) (Production Version).pdf; Bates 003643 - 003644 (Document1203446) (Production Version).pdf; Bates 003640 - 003642 (Document1203445) (Production Version).pdf; Bates 003637 - 003639 (Document1198760) (Production Version).pdf; Bates 003634 - 003636 (Document1198754) (Production Version).pdf; Bates 003632 - 003633 (Document1190176) (Production Version).pdf; Bates 003656 - 003657 (Document1221600) (Production Version).pdf; Bates 003652 - 003653 (Document1212851) (Production Version).pdf;

Good Afternoon,

See attached Supplemental Response from Defendant Sheriff Dart to No. 17 of Plaintiff's First Set of Requests for Production. Also attached are Defendants' Bates 003632 - 003657, consisting of the identified grievances from the relevant time period under the ADA grievance code.

Advise at your earliest convenience whether you are willing to withdraw your Motion to Compel in consideration of this production and supplemental response.

Please do not hesitate to let us know if you have any questions or issues.

Thanks,
Zach



**Zachary G. Stillman**
Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| William Mathis, ) | |
| ) | |
| Plaintiff, ) | Case No. 24-cv-1127 |
| ) | |
| v. ) | Judge Tharp, Jr. |
| ) | |
| Thomas Dart, Sheriff of Cook County, ) | |
| and Cook County, Illinois, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION, NO. 17**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his First Supplemental Response to No. 17 of Plaintiff's First Set of Requests for Production of Documents, dated May 10, 2024, states as follows:

***Attached and included in these responses see Bates 003632 – 003657.*

**DOCUMENT REQUESTS**

17. From February 13, 2022 to the present, all inmate grievances (and any response) complaining of traversing ramps in the RTU and/or Cermak using a wheelchair, walker, cane, or crutch

**RESPONSE:** See 11x Identified Grievances, Defendants' Bates 003632 – 003657.

Respectfully submitted,

*/s/ Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)

Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Supplemental Response to No. 17 of Plaintiff's First Set of Requests for Production** was sent via email correspondence to all below listed parties on July 22, 2024.

                                              */s/ Zachary G. Stillman*
                                              Zachary G. Stillman
                                              One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morrisseylawchicago.com
tgm@morrisseylawchicago.com