10CODE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

CONTROL #: 2024X 00603
Individual in Custody SHORT #: 0492414

(14)

| THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (!Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance<br>☒ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:<br>☒ Other: DOC Admin |

PRINT – [REDACTED] NAME / PRINT – FIRST NAME [REDACTED] / BOOKING NUMBER [REDACTED]

DIVISION: 8 RTU
LIVING UNIT: 3G
DATE: 01-14-2024

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance. Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**Directrices de quejas y resumen de quejas**

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda. El asunto de la queja tiene que satisfacer todo el criterio listado mas abajo para obtener un numero de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificacion del preso incluyendo designacion del preso. Tal como riesgo de seguridad o custodia de proteccion para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
- El asunto de la queja debe haber ocurrido dentro de los 15 dias calendarios a menos que la acusacion sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de limite. Si usted cree que existe una excepcion, consulte con un Trabajador de Rehabilitacion Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repeticion de una queja sometida en los ultimos 15 dias calendarios.
- El asunto de la queja no puede ser una repeticion de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repeticion de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelacion sobre la decision dada en los 15 dias calendarios.
- El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
- El asunto de la queja corresponde asuntos no relacionadas con la carcel, como las agencias de arresto, los asuntos judiciales o el personal medico en los hospitales perifericos, etc.

| REQUIRED –<br>DATE OF INCIDENT | REQUIRED –<br>TIME OF INCIDENT | REQUIRED –<br>SPECIFIC LOCATION OF INCIDENT | REQUIRED –<br>NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 01-14-2023 | Between 1:00pm – 3:00pm | In the Tunnel from Division 8 RTU to Division 8 Cermak | Cook County Department of Correction |

On or about January 14, 2023 I was walking with my walker to Cermak from RTU through the basement tunnel. & along the walk there was a ramp that goes up & a ramp that goes down, & it was extremely hard to walk up the ramp, so was it extremely hard to walk down the ramp. Those ramps could cause a very bad injury to someone. I want for someone not to get hurt going up & down those ramps, & myself included. Someone should do something about that A.S.A.P.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION [REDACTED] COMPLAINT:
Movement Officer, Lopez

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): Swiniga
SIGNATURE: Wang
CRW NOTATION OF SENT EMAIL (Print):
DATE CRW RECEIVED: 01·17·24
DATE EMAIL NOTIFICATION SENT:

(FCN-07) (FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Grievance #2024x00603

Response issued January 25, 2024

After reviewing available evidence and speaking with the movement officer, staff complied with CCSO policy. On January 14th at 1328 hours the movement Officer is observed transporting Detainee ▓▓▓ to Cermak from RTU. Detainee ▓▓▓ is utilizing a walker to ambulate from RTU to Cermak. Detainee ▓▓▓ was walking slowly, but without difficulty. At no time does detainee ▓▓▓ tell the movement officer that he is unable to walk using his walker. Detainee ▓▓▓ gait appears identical throughout the tunnel, whether that be walking up or down an elevated surface, or just at one level. Upon being cleared by the urgent care doctor to return to RTU; to expedite the transportation, an officer provides Detainee ▓▓▓ with a wheelchair and pushes him back to RTU. Detainee ▓▓▓ has been evaluated by multiple medical staff members and cleared to ambulate with a walker on all surfaces.



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

**CONTROL NUMBER:** 2024X 000603
**Individual in Custody SHORT #:** 049 2014
**PRINT: CRW LAST NAME:** Iwanison

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

NAME: [redacted]  ME: [redacted]  BOOKING ID #: [redacted]

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 10 ADA Issue

**IMMEDIATE CRW RESPONSE (if applicable):** N/A

**CRW/REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): DOC Admin

**DATE REFERRED:** 01/16/24

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Please see attached response

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.:** Sabrina Crown
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 01/25/24

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

SIGNATURE (Firma del individuo bajo custodia): [redacted]
**DATE RESPONSE WAS RECEIVED:** 02/02/2024

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:**
**DATE OF APPEAL REQUEST:** 02/02/2024

I did in fact inform moving officer that it was extremely hard to walk up the elevated ramp, which is why I was provided the wheelchair for expedited & safe return.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?** Yes / (No)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

Original Response to Stand

**IIC SERVICES DIRECTOR/DESIGNEE:** J. Mueller
**SIGNATURE:** [signature]
**DATE:** 2/8/24

Appeal response and/or decision returned to IIC via Inter-departmental mail, U.S. Mail or CRW delivery.

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** FEB 13 2024

(FCN-08)(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)