# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                       Plaintiff,

v.                                                   Case No.: 1:24–cv–01127
                                                        Honorable John J. Tharp Jr.

Thomas Dart, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Status Report [24]. The parties shall file an updated status report by 8/14/24. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.