IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1127 |
| | ) | |
| v. | ) | Judge Tharp, Jr. |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) | Magistrate Gilbert |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO DEPOSE INCARCERATED INDIVIDUALS**

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS DART and COOK COUNTY, by and through their attorneys, Zachary G. Stillman and Jason E. DeVore, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 30(b)(2), and respectfully request leave to take the depositions upon oral examinations of witnesses Kavarian Rogers, Kent Elwoods, Sylvestor Brinson, Tommy Love, Anthony Muniz, Antoine Pierce, Carlos Martinez, Raasikh Phillips, James Krook, and Quovotis Harris ("IIC Witnesses"), who are confined at both Cook County (CCDOC) and Illinois (IDOC) Department of Corrections Facilities, and in support, states as follows:

1. Counsels for Plaintiff have advised that they do not object to the requested depositions and have agreed to working with Counsels for Defendants to schedule their occurrences as needed.

2. Kavarian Rogers, Kent Elwoods, Sylvestor Brinson, Tommy Love, Anthony Muniz, Antoine Pierce, Carlos Martinez, Raasikh Phillips, James Krook, and Quovotis Harris are witnesses in this case who have information critical to claims made by Plaintiff in his Complaint at Law, as well as potentially relevant to the ultimate damages at issue in this case and the question of whether Plaintiff's class should be certified.

1

3. Crucially, Plaintiff has disclosed the IIC Witnesses as potentially having information relating to his claims.

4. The information sought relates to the witnesses' use of the ramps at issue in this case during their time in detainment by the Cook County Department of Corrections.

5. The following IIC Witnesses are currently in the custody of the Cook County Department of Corrections, under the listed booking numbers:

    a. Kavarian Rogers 2020-0402015 (Div 8)

    b. Kent Elwoods 2023-0717046 (Div 8 - RTU)

    c. Sylvestor Brinson 2024-0314016 (Div 8 - RTU)

    d. Tommy Love 2024-0416135 (Div 2)

    e. Anthony Muniz 2023-0415017 (Div 9)

    f. Raasikh Phillips 2023-0127098 (Div 8 - RTU)

    g. James Krook 2022-0818016 (Div 8 - RTU)

    h. Quovotis Harris 20190709220 (Div 8 - RTU)

6. The following IIC Witnesses are currently in the custody of Illinois Department of Corrections, in the listed facilities:

    a. Antoine Pierce – Big Muddy River Correctional Center (M12662)

    b. Carlos Martinez – Big Muddy River Correctional Center (Y29473)

7. Defendants now seek to depose the aforementioned IIC Witnesses regarding information and details related to Plaintiff's asserted claims.

WHEREFORE, the parties respectfully request that this Honorable Court enter an order allowing them to take the depositions of witnesses Kavarian Rogers, Kent Elwoods, Sylvestor Brinson, Tommy Love, Anthony Muniz, Raasikh Phillips, James Krook, and Quovotis Harris, currently detained by the Cook County Department of Corrections, and Antoine Pierce, and Carlos Martinez, in the custody of IDOC Facility Big Muddy River Correctional Center.

        Respectfully Submitted,

        **Defendants**

By:   */s/ Zachary G. Stillman*
        Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendants' Motion for Leave to Depose Incarcerated Individuals** was filed on August 6, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

        */s/ Zachary Stillman*
        Zachary Stillman