# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis
              Plaintiff,

v.                                         Case No.: 1:24–cv–01127
                                                Honorable John J. Tharp Jr.

Thomas Dart, et al.
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendants' Unopposed Motion for Leave to Depose Incarcerated Individuals [29] is granted. The parties are given leave to take the depositions of witnesses Kavarian Rogers, Kent Elwoods, Sylvestor Brinson, Tommy Love, Anthony Muniz, Raasikh Phillips, James Krook, and Quovotis Harris, currently detained by the Cook County Department of Corrections, and Antoine Pierce, and Carlos Martinez, in the custody of IDOC Facility Big Muddy River Correctional Center. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.