# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Mathis

                     Plaintiff,

v.                                                          Case No.: 1:24−cv−01127
                                                           Honorable Sunil R. Harjani

Thomas Dart, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 12, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court has ordered Hernandez v. Dart (23 cv 16970) to be consolidated with Mathis (24 cv 1127). Accordingly, Plaintiff should file a consolidated complaint encompassing both matters by 8/21/24 in Hernandez. All future filings shall be docketed in the Hernandez case. The Clerk of the Court is directed to administratively terminate Mathis, 24 cv 1127 and the pending motions in that case [11, 23) are stricken without prejudice with leave to refile in Hernandez, 23 cv 16970 if necessary. The Court asks Magistrate Judge Holleb Hotaling, pursuant to the discovery referral, to work with the parties on managing their discovery and also discuss settlement when the timing is right, as reflected in the recent joint status report of 8/6/24. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.